IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN CANEDO, | |
| Plaintiff, | |
| vs. | CASE NO. 3 04 0678 |
| TENNESSEE CARPENTERS REGIONAL COUNCIL, | |
| Defendant | |

## STATEMENT OF UNDISPUTED FACTS

1. Plaintiff Juan Canedo is a naturalized citizen of the United States, born in Bolivia, South America and is of Hispanic descent. (Amended Complaint ¶ 8;). Plaintiff Juan Canedo speaks English and Spanish.

**RESPONSE:**

2. Plaintiff was hired by the Tennessee Carpenters Regional Council, a labor organization in June of 2002 as an organizer. (Amended Complaint ¶ 9, Plaintiff's Deposition, relevant portions of which are contained in the Appendix to this Statement, p. 18).

**RESPONSE:**

3. Plaintiff did not have experience in the carpentry trade (Plaintiff's Deposition pp. 21, 118).

**RESPONSE:**

4. Plaintiff's job duties involved organizing both Hispanic and non-Hispanic employees. (Plaintiff's Deposition p. 122).

**RESPONSE:**

5. In June, 2003, the Plaintiff along with all but one other organizer were assigned to Chattanooga to work on an organizing campaign there. (Amended Complaint ¶ 23 ; Plaintiff's Deposition pp. 113-114; Deposition of Charles Danny Maples, relevant portions of which are contained in the Appendix to this Statement, p.40).

**RESPONSE:**

6. On or about August 19, 2003, Canedo complained to his supervisor that he was experiencing hostility and negative reactions by residents of Chattanooga because he is Hispanic. (Amended Complaint ¶ 30). He also complained about his assignment to Chattanooga away from Nashville where he had been working to organize a group of Hispanic workers of a company called Markham Drywall. Canedo maintained he should be allowed to continue his work in Nashville and be re-assigned back to Nashville. (Amended Complaint ¶ 31; Plaintiff's Deposition p. 142).

**RESPONSE:**

7. Plaintiff filed a charge of discrimination with the EEOC on October 1, 2003 (Amended Complaint ¶33).

**RESPONSE:**

8. Beginning in 1999 the TCRC received grants from the United Brotherhood of Carpenters International Union (UBC) for the hiring of organizers. (Exhibit 10 to Deposition of Danny Maples).

**RESPONSE:**

9. In May of 2003, the Plaintiff was advised by his Supervisor, David Trotter, there was a

2

possibility that the TCRC would not receive a renewal of the organizing grant which might necessitate layoffs and that it did not matter who was listed on the grant when it came to layoffs. (Plaintiff's Response to Defendant's First Request for Admissions ¶ 1; Plaintiff's Deposition p. 134).

**RESPONSE:**

10. The TCRC did not apply for nor receive a grant for 2004 (Deposition of Charles Danny Maples p. 45).

**RESPONSE:**

11. On December 30, 2003, Plaintiff along with four White male organizers were laid off in a reduction in force. * ( See Separation Notice Exhibit 19 to Plaintiff's Deposition; Deposition of David Trotter pp. 91-96).

Four White male organizers and one Hispanic organizer were kept. (Deposition of David Trotter pp. 91-96 ; Deposition of Charles Danny Maples pp.46, 47). See the following chart:

| RACE | NAME | PRIMARY LOCATION | LAID OFF |
|---|---|---|---|
| White | Robbie Helton, Lead Organizer | Knoxville | No |
| Hispanic | Gerry Carrero | Memphis | No |
| White | Gary Ashley | Knoxville | Yes |
| White | Kim Wolf | Knoxville | No |
| White | Victor White | Chattanooga | No |
| White | Tim Cash | Chattanooga | Yes |
| White | Bill Csapo | Chattanooga | Yes |
| White | Steve Truell | Nashville | Yes |
| White | Harold Carter | Chattanooga | No |

3

| Hispanic | Juan Canedo | Chattanooga | Yes |
| White | Greg Coke * | Chattanooga | Yes |

* Greg Coke was a temporary organizer. (David Trotter Deposition, pp. 92-96, 156, 157)

**RESPONSE:**

12. Harold Carpenter is a trained carpenter. (Deposition of David Trotter pp. 96-97; Plaintiff's Deposition p. 97).

**RESPONSE:**

13. Plaintiff was advised that the layoff was due to the fact the TCRC would not be receiving an organizing grant from the UBC as it had in the previous year.(Plaintiff's Deposition p. 165).

**RESPONSE:**

14. No organizers have been hired TCRC since the layoffs. (Deposition of Danny Maples p. 47).

15. Like the Plaintiff, Steve Truell, Gary Ashley, and Greg Coke all While males were not listed on the March 2003 grant report, but were laid off. (Trotter Deposition pp. 93, 156-157 and Exhibit 10).

**RESPONSE:**

Respectfully submitted,

s/ Deborah Godwin
BPR No. 9972
Godwin, Morris, Laurenzi & Bloomfield, PC
Post Office Box 3290
50 North Front Street, Suite 800
Memphis, Tennessee 38173-0290

4

(901) 528-1702

Attorney for Defendant
Tennessee Carpenters Regional Council

## CERTIFICATE OF SERVICE

I certify that on August 15, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patricia E. Crotwell, Esq. And Richard J. Braun, Esq.

I further certify that there are no non-CM/ECF participants who would require service by mail in this case.

s/ Deborah Godwin
Attorney for Defendant Tennessee Carpenters
Regional Council
Godwin, Morris, Laurenzi & Bloomfield, PC
50 North Front Street, Suite 800
Memphis, Tennessee 38103
Tel: 901-528-1702
Fax: 901-528-0246
Email: dgodwin@gmlblaw.com